Benjamin Wright
Wright Law Offices
2999 N. 44th Street, Ste 250
Phoenix, AZ  85018
602-344-9695
480-717-3380 (fax)
bwright@wloaz.com
Attorney for Debtor

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| In Re: <br><br> ANTHONY M. GARZA, <br><br><br><br> Debtor(s). | In Proceedings Under Chapter 13 <br><br> Case No. 2:22-bk-02990-MCW <br><br> APPLICATION TO WITHDRAW AS <br><br> COUNSEL FOR DEBTOR |

   COMES NOW, Benjamin Wright, counsel for debtor, and, pursuant to Local Rule 9010-1(b), hereby makes application to this Court for an Order allowing the withdrawal of Benjamin Wright and Wright Law Offices, PLC, as attorney of record for debtor.  In support of his motion, counsel states as follows:

1. The check for Debtor's pre-petition retainer was returned to Counsel as Debtor's account did not have the funds to cover the check.

2. Counsel has attempted to resolve the matter and has been unable to contact Debtor. Without being able to contact Debtor to resolve the financial matter, as well as discuss other aspects of Debtor's case, Counsel cannot effectively represent Debtor in this matter.

3. Pursuant to Local Bankruptcy Rule 9010-1(c), Debtor may be contacted at her last known address and phone number, which are:

   Anthony M. Garza
   8009 S. Calle Maravilla
   Guadalupe, AZ  85283
   Phone:  520-472-0215
   Email:  anthonymgarza@gmail.com

4. Counsel certifies that Debtor has been notified in writing through U.S. Mail and email of the status of the case, notice of any pending hearings, including the meeting of creditors and deadlines and the need to comply with Trustee's requests.

1

5. Undersigned counsel would request to be allowed to withdraw as counsel for debtor.

WHEREFORE, I respectfully request this Court to enter an order:

    A. Allowing the withdrawal of Benjamin Wright as attorney of record in this case;

    B. Granting such other and further relief as the Court deems proper.

DATED: June 3, 2022

                                                   /s/ Benjamin Wright
                                                   Benjamin Wright

E-filed and copies mailed/emailed
on this the 3rd day of June, 2022,
to:

U.S. Trustee
230 N. First Avenue, Suite 204
Phoenix, AZ 85003
Ustpregion14.px.ecf@usdoj.gov

Edward J. Maney
Chapter 13 Trustee
101 N. First Avenue, Ste 1775
Phoenix, AZ 85003

Anthony M. Garza
8009 S. Calle Maravilla
Guadalupe, AZ 85283
anthonymgarza@gmail.com

Parties contained in the attached
mailing list not identified above


/s/Angelica Flores